BENJAMIN B. WAGNER
United States Attorney
GRANT B. RABENN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:05-CR-044 AWI-DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | AMENDED ORDER OF SUPERVISED |
| | ) | RELEASE |
| ROBERT DANIEL LEARNED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Grant B. Rabenn, Assistant United States Attorney, and the defendant, Robert Daniel Learned, by and through his attorney, Francine Zepeda, agree that the judgment initially entered on March 12, 2012 is to be amended to require a continuation of supervised release heretofore granted on August 15, 2006 with all previously ordered conditions in effect and with the five additional special conditions noted in the dispositional memorandum. The parties also agree that a term of custody shall not be imposed.

DATED: March 14, 2012                          Respectfully submitted,

                                               By: /s/ Grant B. Rabenn
                                               GRANT B. RABENN
                                               Assistant U.S. Attorney

                                               By: /s/ Francine Zepeda
                                               FRANCINE ZEPEDA
                                               Attorney for Defendant

1

**ORDER**

It is ordered that the judgment initially entered on March 12, 2012 is to be amended to require a continuation of supervised release heretofore granted on August 15, 2006 with all previously ordered conditions in effect and with the five additional special conditions noted in the dispositional memorandum. It is also ordered that a term of custody shall not be imposed.

IT IS SO ORDERED.

Dated:   March 15, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE